People of the State of Illinois, Plaintiff-Appellee, v. Willie Payne, Defendant-Appellant.

Gen. No. 52,734. (Abstract of Decision.)

First District, Second Division.

May 6, 1969.

Edward M. Genson, of Chicago (Sam Adam, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Haddad, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.